UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 12 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. CHRIS DARRELL JOSEPH SAGE, Defendant-Appellant. | No. 17-35950<br><br>D.C. Nos. 1:16-cv-01087-MC<br>1:13-cr-00100-MC-1<br>District of Oregon, Medford<br><br>ORDER |

Before: CANBY and SILVERMAN, Circuit Judges.

The request for a certificate of appealability is denied because appellant has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see also Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

Any pending motions are denied as moot.

**DENIED.**